UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA LeFRANCOIS           JURY TRIAL DEMANDED

v.           CASE NO. 3:11 cv

KATHRYN A. NEUHEISEL

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a principal of Neuheisel Law Firm, PC who signed a letter on the firm letterhead dated 4/2/11 seeking to collect an account with a Current Balance of $1,408.95.

7. Defendant has an office at 1501 W Fountainhead Pkwy # 130, Tempe AZ 85252; neither she nor her law firm were licensed in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating concerning plaintiff's alleged personal debt.

8. Defendant was seeking to collect a payday loan which was not permitted by Connecticut law.

9. Defendant identified the original creditor as First Bank of Delaware, but later admitted the original creditor was "Think Finance."

10. Defendant's employee intentionally harassed plaintiff by calling her back on her cell phone when she made it clear that she was upset by his call.

11. Defendant's employee did not provide plaintiff with the notices required by the FDCPA, §1692e(11).

12. In the collection efforts, defendant violated the FDCPA, § 1692d, -e, -f or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net